## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RICHARD BRAUN SHULAW,

       Plaintiff,

                               Case No. 09-14194

v.                             Hon. Gerald E. Rosen

                             Magistrate Judge Mark A. Randon

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         February 8, 2011      

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

On October 18, 2010, Magistrate Judge Mark A. Randon issued a Report and

Recommendation ("R & R") recommending that the Court deny Plaintiff Richard Braun

Shulaw's motion for summary judgment and grant the Defendant Commissioner of Social

Security's motion for summary judgment.  No objections have been filed to the R & R.

Upon reviewing the R & R, the parties' cross-motions for summary judgment, and the

record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and

adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

October 18, 2010 Report and Recommendation is ADOPTED as the opinion of this

Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's

March 2, 2010 motion for summary judgment (docket #7) is DENIED, and Defendant's

June 2, 2010 motion for summary judgment (docket #12) is GRANTED.


                                s/Gerald E. Rosen
                                Chief Judge, United States District Court

Dated:  February 8, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on February 8, 2011, by electronic and/or ordinary mail.

                                s/Ruth A. Gunther
                                Case Manager